## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **CRIMINAL NO.: 08-119 (RBW)** |
| | **:** | **Status Hearing: May 16, 2008** |
| **JEROME KINARD,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |
| | **:** | |

### GOVERNMENT'S NOTICE OF DEFENDANT'S SECTION 924(e)(1) STATUS

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby provides notice to the Court and to the defendant that the defendant meets the qualifications for sentence pursuant to 18 U.S.C. § 924(e). As a result, the defendant, if convicted of the charge contained in the indictment, a violation of 18 U.S.C. § 922(g), will face a mandatory minimum sentence of fifteen years of incarceration.

The defendant has prior convictions for:

• Attempted Distribution of Cocaine (F8412-90 DC);

• Second Degree Assault, a felony (CT971312x MD);

• Distribution of Cocaine Base (CR6-61 (RCL)). See Attachment A.

Each of these convictions meets the definitions of 18 U.S.C. § 924(e)(2) and is therefore applicable to the defendant's status pursuant to 18 U.S.C. § 924(e).

Respectfully submitted,


JEFFREY A. TAYLOR
United States Attorney


By:   _____

Jeff Pearlman
DC Bar 466901
Assistant U.S. Attorney
Federal Major Crimes Section
555 4th Street, N.W.
Washington, D.C.  20530
(202) 353-2385

Attachment A

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

United States of America
District of Columbia

vs.

_JEROME M. KINARD_

Case No. _FB413-90_
PDID No. _411-576_

### JUDGMENT AND COMMITMENT/PROBATION ORDER

The above-named defendant having entered a plea of ☐ Not Guilty ☑ Guilty to the Charge(s) of _____
_(C) ~ ATTEMPTED DISTRIBUTION OF COCAINE_

and having been found guilty by ☐ Jury ☑ Court, it is hereby ORDERED that the defendant has been
convicted of and is guilty of the offense(s) charged, and is hereby SENTENCED to _COUNT (C) ~_
_IMPOSITION OF SENTENCE SUSPENDED EIGHTEEN (18)_
_MONTHS SUPERVISED PROBATION._

A TRUE COPY
TEST: _Stiles_

Clk Superior Court of the
_KINARD_

☐ MANDATORY MINIMUM term of _____ applies to the sentence imposed.
☐ MANDATORY MINIMUM term does not apply.
☐ ORDERED that the defendant be committed to the custody of the Attorney General for imprisonment for
the period imposed above.
☐ ORDERED that the defendant be committed to the custody of the Attorney General for treatment and super-
vision provided by the D.C. Department of Corrections pursuant to Title 24, Section 803[b] et Seq, D.C. Code
[Youth Rehabilitation Act 1985].
☑ ORDERED that the defendant be placed on probation in charge of the Director, Social Services Division,
and it is further ORDERED that while on probation the defendant observe the following marked conditions
of probation:

☑ Observe the general conditions of probation listed on the back of this order.
☐ Cooperate in seeking and accepting medical, psychological or psychiatric treatment in accordance with
written notice from your Probation Officer.
☑ Treatment for ☐ alcohol problems ☑ drug dependency or abuse as follows:
_SUBMIT TO TESTING AND TREATMENT AS RECOMMENDED by PROBATION_
☐ Restitution of $_____ in monthly installments of $_____ beginning
_____ (see reverse side for payment instructions). The Court
will distribute monies to _____
☑ _REPORT TO YOUR PROBATION OFFICER, MAINTAIN REG. FULL TIME EMPLOYMENT_
_SUBMIT TO VOCATIONAL/EDUCATIONAL TRAINING._

Costs in the aggregate amount of $ _50._ have been assessed under the Victims of Violent Crime
Compensation Act of 1981, and ☐ have ☒ have not been paid. _PAID by 6/20/91_
ORDERED that the Clerk deliver a true copy of this order to appropriate authorized official(s) and that the
copy shall serve as the commitment/order for the defendant.

_6-20-91_
Date

_E. Hamilton_
Judge

Certification by Clerk pursuant to Criminal Rule 32(d).

_6-20-91_
Date

_M. Wiley_
Deputy Clerk

Form CDJ/E 1039/Aug 87

IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

~~TE~~ OF MARYLAND
STATES ATTORNEY: _Toni Drake_
VS

CASE NUMBER: _CT971312A_
DATE: _1-6-98_
CLERK: _Linda Randall_

~~rome~~ _Maurice Kinard_
~~ENDANT~~ (✓) PRESENT ( ) NOT PRESENT
DEFENDANT'S ATTORNEY: _Richard Bury_

JUDGE _Sothoron_    _Ms. Lehman_    , REPORTER
_Defendant's motion for new trial as to count 3 - Denied_

( ) JOINT ( ) STATE ( ) DEFENDANT CONTINUANCE ( ) GRANTED ( ) DENIED.
RESET TO_____FOR_____
MOTIONS WITHDRAWN WITHOUT PREJUDICE.
PLEA OF NOT GUILTY WITHDRAWN AND_____PLEA OF GUILTY ENTERED TO
COUNT_____.
( ) VERDICT GUILTY      ( ) COURT ACCEPTS PLEA.
PRE-SENTENCE INVESTIGATION ORDERED.    ( )SHORT FORM  ( )LONG FORM
SENTENCING DATE:_____AT 9:30 AM BEFORE JUDGE_____
( ) BOND TO CONTINUE ( ) REMANDED TO THE CUSTODY OF THE SHERIFF PENDING
SENTENCE. ALL PARTIES AND ATTORNEYS NOTIFIED.
PRE-SENTENCE REPORT ( ) WAIVED (✓) SEALED AND FILED.
SENTENCED TO (✓) DIVISION OF CORRECTIONS ( ) COUNTY CORRECTIONAL
FACILITY AS FOLLOWS:   4   _all but 6 months suspended._
COUNT _3_ FOR A PERIOD OF _4_ YEARS
COUNT _2_ ~~FOR A PERIOD OF YRS.~~ ~~CONCURRENT WITH ( ) CONSECUTIVE TO CNT~~
COUNT _2_ FOR A PERIOD OF _4_ YRS. (✓) CONCURRENT WITH ~~( ) CONSECUTIVE TO~~ CNT _3_
COUNT ___ PAY A FINE OF $_____ _all but 6 months suspended_
SENTENCE TO COMMENCE AS OF _1-6-98_    _5_ DAYS CREDIT GIVEN.
~~ALL BUT~~ _Balance Placed_ ~~SUSPENDED~~ AND (✓) SUPERVISED ( ) UNSUPERVISED
PROBATION FOR _3 years_____UPON RELEASE.
SENTENCE TO BE SERVED IN THE COUNTY CORRECTIONAL FACILITY.
SENTENCE TO INCARCERATION IS SUSPENDED AND ( ) SUPERVISED
( ) UNSUPERVISED PROBATION FOR_____
FURTHER PROCEEDINGS DEFERRED, ENTRY OF JUDGMENT STAYED PURSUANT TO
ARTICLE 27, SECTION 641 AND ( ) SUPERVISED ( ) UNSUPERVISED PROBATION FOR
COURT COST ASSESSED/~~WAIVED~~ $_145_ ~~$~~ . PUBLIC DEFENDER FEE $_150.00_
ORDER FOR PROBATION, FILED.    _payable within 90 days_
( ) STET ( ) NOLLE PROS ( ) NOT GUILTY ( ) JUDGMENT OF AQUITTAL _after release._
( ) NOLLE PROS REMAINING COUNTS
DEFENDANT FAILED TO ANSWER. APPEAL IS DISMISSED. CASE RETURNED TO
DISTRICT COURT.
DEFENDANT FAILED TO ANSWER. ( ) BOND FORFEIT ( ) BOND REVOKED. BENCH
WARRANT ISSUE, RETURNABLE TO CIRCUIT COURT ONLY. BOND SET AT $_____.
ANY BENCH WARRANTS ARE RECALLED.
COURT: ( ) RECOMMENDS ( ) ORDERS ( ) HOME DETENTION ( ) INTERLOCK DEVICE
RESTITUTION OF $_____TO_____
_Count 1 merges into count 5_

_Special conditions of probation. Defendant to enroll in parenting
classes and no contact with Stephanie Russell unless approved by_

# IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

State

vs.

Jerome Maurice Kinard

CASE NO. _CT 971312 X_

DATE _11-10-97_

JUDGE: _Sothoron_

COURTROOM CLERK _Briana Carter_

**TO:**
- ✓ Division of Parole and Probation
- ___ Department of Social Services
- ___ Junvenile Services Agency
- ___ Circuit Court Mental Hygiene Consultation Service

**SUBJECT REFERRED FOR:**
- ✓ Pre-Sentence Investigation  Sentencing Date: 9:30 A.M.  _1-6-97_  (Long Form) ___ Short Form _____
- Report will be available on _1-2-97_
- ___ Evaluation/Investigation of home conditions.
- ___ Custody, Child Support, Maintenance, Alimony Investigation.
- ___ Investigation by Public Defender/By Bond Commissioner.
- ___ Competency Report.

REMARKS: _____

Plaintiff's/State's Attorney _Toni Drake,_

Defendant's Attorney _Richard Bury,_

Public Defender:  Yes ✓  No ___  Bond ✓  Jail ___

DOCKET ENTRY:

_Verdict:_

_Count 3- Second degree assault - guilty_

_Count 4- Theft under $300.. J-Merges onto Count 5_

_Count 5- theft over $300.00 - guilty_

~~Plea of "Not Guilty" withdrawn and plea of "Guilty" "Nolo Contendere" entered to Count~~

_____

_____

Defendant found guilty

Judge _Sothoron_ _____  _MS. Miller_ _____ Reporter

Pre-Sentence Ordered. Sentencing Date: _1-6-98_ _____ .30 A.M. _before Judg. Sothoron_

Bond to continue/~~Remanded to custody of the Sheriff pending sentencing.~~ _during sentencing_

All parties and Attorneys notified. _All exhibits retained as designated by the court._

DISTRIBUTION:  Original—Case
Green—State's Attorney
Canary—Assignment Office
Pink—Sheriff
Goldenrod—Parole and Probation

③  Ⓡ

PG.C. FORM #2294 (Rev. 2/94)



# DISTRICT COURT OF MARYLAND FOR Prince George's County

Located at Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772    Case No.: 2E00070583

STATE OF MARYLAND                    VS    KINARD, JEROME MAURICE

**COMPLAINANT**                                             2222 PERRY STREET N.E.
Officer: HAYES                                                 WASHINGTON D.C., XX 20001
Agency/Subagency: DA DIS3                                SID:
ID: 2066

**FILED**

CC#:

Eyes: BLK    DL#:
Race: 1    Sex: M    Ht: 6 01 Wt: 180 Hair: BLK
DOB: 10/11/69  Phone(H): (202)526-1271
Phone(W): ( )  -

JUN 27 1997

CLERK OF THE CIRCUIT COURT
FOR PRINCE GEORGES COUNTY, MD.

## STATEMENT OF CHARGES

UPON THE FACTS CONTAINED IN THE APPLICATION OF HAYES
IT IS FORMALLY CHARGED THAT KINARD, JEROME MAURICE at
the dates, times, and locations specified below:

| NUM CHG/CIT | STATUTE | PENALTY | DESCRIPTION OF CHARGE |
|---|---|---|---|
| 001 1 1299 | CL | 15 Y | ROBBERY<br>On or About 05/10/97<br>3410 DODGE PARK ROAD T-3 LANDOVER PR.<br>GEO. CO. MARYLAND<br>...did unlawfully and feloniously rob<br>STEPHANIE RUSSELL of RCA 31 TELEVISION,<br>PERSONAL MONEY ORDER .<br>Against the Peace, Government, and Dignity of the State. |
| 002 1 1415 | 27 12A | 10 Y &/or $2,500.00 | ASSAULT-SEC DEGREE<br>On or About 05/10/97<br>3410 DODGE PARK ROAD T-3 LANDOVER PR.<br>GEO. CO. MARYLAND<br>. . . did assault STEPHANIE RUSSELL in the<br>second degree in violation of Article 27,<br>Section 12A, contrary to the form of the act<br>of the assembly in such case made and<br>provided and against the peace, government,<br>and dignity of the state.<br>Against the Peace, Government, and Dignity of the State. |
| 003 3 2400 | 27 342 | 15 Y &/or $1,000.00 | THEFT: $300 PLUS VALUE<br>On or About 05/10/97<br>3410 DODGE PARK ROAD T-3 LANDOVER PR.<br>GEO. CO. MARYLAND<br>...did steal MONEY ORDER property or service<br>stolen of STEPHANIE RUSSELL having a value of<br>U.S.CURENCIES $300 or greater, in the<br>violation of Article 27, Section 342 of the<br>Annotated Code of Maryland.<br>Against the Peace, Government, and Dignity of the State. |

**(Statement Continues on next Page)**



Date: 05/14/97  Time: 00:21:31        Judicial Officer: _____        5067



**Statement of Charges, Page 02**



# DISTRICT COURT OF MARYLAND FOR Prince George's County
Located at Courthouse, Bourne Wing, Upper Marlboro, Maryland 20772    Case No.: 2E00070583

### STATE OF MARYLAND          VS    KINARD, JEROME MAURICE

| NUM CHG/CT | STATUTE | PENALTY | DESCRIPTION OF CHARGE |
|---|---|---|---|
| 004 3 2400 | 27 342 | 15 Y &/or $1,000.00 | **THEFT: $300 PLUS VALUE**<br>On or About 05/10/97<br>3410 DODGE PARK ROAD T-3 LANDOVER PR.<br>GEO. CO. MARYLAND<br>...did steal RCA TELEVISION property or service stolen of STEPHANIE RUSSELL having a value of 450.00 $300 or greater, in the violation of Article 27, Section 342 of the Annotated Code of Maryland.<br>*Against the Peace, Government, and Dignity of the State.* |
| 005 2 3020 | 27 31 | 10 Y | **BURGLARY-THIRD DEGREE**<br>On or About 05/10/97<br>3410 DODGE PARK ROAD T-3 LANDOVER PR.<br>GEO. CO. MARYLAND<br>...did break and enter the dwelling of STEPHANIE RUSSELL, located at 3410 DODGE PARK ROAD T-3 LANDOVERPRINCE GEORGE'SCOUNTY MARYLAND to commit a crime, to wit: ROBBERY, in violation of Art. 27, Sec. 31 of the Annotated Code of Maryland.<br>*Against the Peace, Government, and Dignity of the State.* |

Date: 05/14/97 Time: 00:21:35     Judicial Officer: _____ 5067

Tracking No. 971001434001

# DISTRICT COURT OF MARYLAND FOR Prince George's County

(City/County)

LOCATED AT (COURT ADDRESS)
14735 Main Street
Upper Marlboro, Maryland 20772

DC Case No: 2E00070583

RELATED CASES:
2E00071976

## COMPLAINANT/APPLICANT

**Detective A. J. Hayes**
Name                (Print)
**7600 Barlowe Road**
Address           (Number and Street)
**Landover, Maryland 20785** **(301) 772-3905**
City, State, and Zip Code          Telephone
**DA/CID-ROBBERY #2066**
Agency, Sub-Agency, and I.D. #      (Officer Only)

## DEFENDANT

**KINARD, Jerome Maurice**
Name                (Print)
**2222 Perry Street N.E.**
Address           (Number and Street)
**Washington, D.C. 20001** **(202) 526-1271**
City, State, and Zip Code          Telephone
**CC# 97-130-0259**

DEFENDANT'S DESCRIPTION: Driver's License # ............................................ Sex **M** Race **B** Ht **6'1"** Wt **180**

Hair **BLK** Eyes **BRO** Complexion **DARK** Other **SCAR RT SIDE OF FACE** D.O.B. **10-11-69** ID

# APPLICATION FOR STATEMENT OF CHARGES     Page 1 of **2**

I, the undersigned, apply for a statement of charges and a summons or warrant which may lead to the arrest of the
above named Defendant because on or about **MAY 10, 1997**
Date
at **3410 DODGE PARK ROAD #T3, LANDOVER, PRINCE GEORGE COUNTY, MARYLAND** the above named Defendant
Place

(Concise statement of facts showing that there is probable cause to believe that a crime has been committed and that the Defendant has committed it):

**SEE PAGE #2 (DC/CR 1A)**

(Continued on attached...............pages) (DC/CR 1A)

I solemnly affirm under the penalties of perjury that the contents of this application are true to the best of my knowledge,
information and belief.

**5/1/97**
Date

**DET. A. J. HAYES #2066**
Officer's Signature

I have read or had read to me and I understand the Notice on the back of this form.

...................................................................
Date                                    Applicant's Signature

Subscribed and sworn to before me this ................ day of ................................................, 19 ..........

Time: ........................M    Judge/Commissioner ........................................................ I.D. ...................

I understand that a charging document has been issued and that I must appear for trial ☐ on .......................
Date
at ................ ................................., ☐ when notified by the Clerk, at the Court location shown at the top of this form.
Time

...................................................................
Applicant's Signature

☐ I declined to issue a charging document because of lack of probable cause.

...................................................................
Date                                    Commissioner              I.D.

Witnesses' Names and Addresses:

Name          Number and Street/Agency/Sub-agency/I.D.          City, State, Zip

Name          Number and Street/Agency/Sub-agency/I.D.          City, State, Zip

Name          Number and Street/Agency/Sub-agency/I.D.          City, State, Zip





DISTRICT COURT OF MARYLAND FOR ........PRINCE GEORGE'S COUNTY....... (City/County)

| LOCATED AT (COURT ADDRESS) | DISTRICT COURT |
|---|---|
| 14735 MAIN STREET UPPER MARLBORO, MARYLAND 20772 | CASE NUMBER |

DEFENDANT'S NAME (LAST, FIRST, M.I.)

KINARD, JEROME MAURICE

## APPLICATION FOR STATEMENT OF CHARGES (CONTINUED)   Page 2 of 2

ON 05/10/97 AT APPROXIMATELY 0330 HRS, THE VICTIM (RUSSELL, STEPHANIE) WAS STANDING

INSIDE HER APARTMENT, LOCATED AT 3410 DODGE PARK ROAD, LANDOVER, PRINCE GEORGE'S COUNTY,

MARYLAND. THE VICTIM WAS HIT IN THE MOUTH WITH AN UNKNOWN OBJECT AS SHE STOOD AT HER

PATIO DOOR. AFTER SHE WAS HIT IN HER MOUTH, SHE BEGAN STRUGGLING WITH AN UNKNOWN BLACK

MALE WEARING A DARK JACKET AND DARK JEANS. THE VICTIM BROKE FREE FROM THE SUSPECT

AND RAN TO GET HELP. AFTER CALLING THE POLICE, THE VICTIM SAW JEROME KINARD (DEFENDANT)

WEARING THE SAME CLOTHES AS THE SUSPECT THAT HIT HER IN THE MOUTH AND STRUGGLED WITH

HER AT THE PATIO DOOR. THE DEFENDANT WAS CARRYING THE VICTIM'S 31" RCA COLOR

TELEVISION. THE VICTIM YELLED AT THE DEFENDANT TO STOP AND LEAVE HER TELEVISION, BUT

THE DEFENDANT AND ACCOMPLICE "TOYA" FLED THE SCENE IN TOYA'S BLUE DODGE OMNI, WITH

A POSSIBLE VIRGINIA TAG OF ZGR4195. THE VICTIM SAID THAT THE DEFENDANT ALSO STOLE

HER MONEY ORDER OF $657.75 FROM THE APARTMENT.

THE VICTIM DID NOT GIVE THE DEFENDANT PERMISSION TO ENTER THE APARTMENT, NOR DID THE

VICTIM GIVE THE DEFENDANT PERMISSION TO TAKE HER COLOR TELEVISION FROM HER APARTMENT.

THE TELEVISION HAS AN APPROXIMATE VALUE OF $450.00.

THE VICTIM APPLIED FOR A WARRANT FOR THE DEFENDANT FOR THE ASSAULT (2E00071976).

ALL OF THE AFOREMENTIONED EVENTS OCCURRED IN PRINCE GEORGE'S COUNTY, MARYLAND.

5/14/97
Date

DETECTIVE A. J. HAYES #2066
Applicant's Signature

DC/CR 3A (Rev. 8/94)

TRACKING NUMBER

# ● FILED ●71312 X

JUN 20 1997

STATE OF MARYLAND, Prince George's County, to wit:

CLERK OF THE CIRCUIT COURT
FOR PRINCE GEORGES COUNTY, MD,

The Grand Jurors of the State of Maryland, for the body of Prince George's County, on their oath do present that **JEROME MAURICE KINARD** late of Prince George's County, aforesaid, on or about the 10th day of May, nineteen hundred and ninety-seven, in the County aforesaid, feloniously did rob Stephanie Russell, and violently did steal from her one (1) television set, in violation of the **Common Law of Maryland**, and against the peace, government and dignity of the State. **(Robbery)**

### SECOND COUNT

The Grand Jurors of the State of Maryland, for the body of Prince George's County, on their oath do present that **JEROME MAURICE KINARD** late of Prince George's County, aforesaid, on or about the 10th day of May, nineteen hundred and ninety-seven, in the County aforesaid, did unlawfully break and enter the dwelling of Stephanie Russell, with intent to commit theft, in violation of **Article 27, Section 29** of the Annotated Code of Maryland; contrary to the form of the Act of Assembly in such case made and provided and against the peace, government and dignity of the State. **(First Degree Burglary w/intent to Commit theft - dwelling)**

### THIRD COUNT

The Grand Jurors of the State of Maryland, for the body of Prince George's County, on their oath do present that **JEROME MAURICE KINARD** late of Prince George's County, aforesaid, on or about the 10th day of May, nineteen hundred and ninety-seven, in the County aforesaid, did unlawfully assault Stephanie Russell in the second degree, in violation **Article 27, Section 12A** of the Annotated Code of Maryland, 1957 edition, as amended, and against the peace, government and dignity of the State. **(Second degree assault)**

### FOURTH COUNT

The Grand Jurors of the State of Maryland, for the body of Prince George's County, on their oath do present that **JEROME MAURICE KINARD** late of Prince George's County, aforesaid, on or about the 10th day of May, nineteen hundred and ninety-seven, in the County aforesaid, did unlawfully steal one (1) television set, the property of Stephanie Russell, having a value of less than three hundred dollars ($300.00) current money of the United States, in violation of **Article 27, Section 342** of the Annotated Code of Maryland, 1957 edition, as amended, and against the peace, government and dignity of the State. **(Theft under $300.00)**



### FIFTH COUNT

The Grand Jurors of the State of Maryland, for the body of Prince George's County, on their oath do present that **JEROME MAURICE KINARD** late of Prince George's County, aforesaid, on or about the 10th day of May, nineteen hundred and ninety-seven, in the County aforesaid, did unlawfully steal one (1) television set, the property of Stephanie Russell, having a value of more than three hundred dollars ($300.00) current money of the United States, in violation of **Article 27, Section 342** of the Annotated Code of Maryland, 1957 edition, as amended, and against the peace, government and dignity of the State. **(Theft over $300.00)**

Assistant States Attorney for
Prince George's County,    Maryland

_____ *CRIMINAL TRIAL*

*APRIL "B"* _____ *TERM  1997*

## STATE OF MARYLAND

### vs.

**JEROME MAURICE KINARD**     2E00070583
**2222 Perry St., .E., Wash., DC**     971001434001
**b/m 10/11/69     2E00070976**     971001397181

**CCN 97-130-259**            **Det. Hayes #2066**

_____

### INDICTMENT

### TRUE BILL

_____ **, Foreman**

*Filed:* _____ *, 1997*

_____

### Witness:

### Cpl. Dwight Mitchell

_____

Date Printed: May 13, 2008

## Circuit Court For Prince George's County, Maryland

Case No. CT971312X

State of Maryland

VS.

Jerome Maurice Kinard
2222 Perry Street N.E.

Washington, DC 20001

Alias:
DOB: 10/11/1969
ID#:  Z0282652
Tracking#: 971001434001
Dist Court#: CR2E00070583

Assistant State's Attorney: Toni D Drake
Defense Attorney: Richard J Bury

DCM Track: A3
Rule 4-271 Date:

Charge: Robbery
  One of  5 related Charges
  Citation Number:

**Bond Activity**

| Type | Amount | Bondsman |
|------|--------|----------|
| Surety Bond | $15,000.00 | Theresa Moyer |

**Event Activity**

| Date | Event | Date | Closing Docket | Judge/Master |
|------|-------|------|----------------|--------------|
| 07/11/97 | Arraignment | 07/11/97 | Arraignment Held | Vincent J Femia |
| 09/26/97 | Status Conference | 09/26/97 | Status Conf Continued Prior Ct | |
| 10/03/97 | Status Conference | 10/03/97 | Status Conference Held | Richard H Sothoron |
| 10/17/97 | Motions Hearing | 10/17/97 | Motions Hearing Held | Richard H Sothoron |
| 11/10/97 | Trial | 11/10/97 | Jury Trial Held | Richard H Sothoron |
| 01/06/98 | Sentencing Hearing | 01/06/98 | Sentencing Held | Richard H Sothoron |

Date Printed: May 13, 2008

## Circuit Court For Prince George's County, Maryland

Case No. CT971312X

**Docket Activity**

| Date | User | Docket Entry |
|------|------|--------------|
| 05/23/97 | (CON) | Surety Bond |
| 06/20/97 | (CON) | Docket Record |
| | | Staff Initials: ADS; Free Form: INDICTMENT PRESENTED BY GRAND JURY JUDGE NICHOLS; MR. COOLAHAN REPORTER, FILED |
| 06/20/97 | (CON) | Docket Record |
| | | Staff Initials: ADS; Free Form: PRESENTMENT AND INDICTMENT FOR: (CT.1) ROBBERY (CT.2) FIRST DEGREE BURGLARY WITH INTENT TO COMMIT THEFT-DWELLING (CT.3) SECOND DEGREE ASSAULT; (CT.4) THEFT UNDER $300. (CT.5) THEFT OVER $300.,; FILED |
| 06/24/97 | (CON) | Sum w/cpy Indct Mld to Def Fd |
| | | Staff Initials: ADS; Free Form: SUMMONS W/COPY OF INDICTMENT MAILED TO DEFT, FLD |
| 06/27/97 | (CON) | Docket Record |
| | | Staff Initials: ADS; Free Form: BAIL BOND IN AMOUNT OF $15,000 (SURETY), FILED |
| 06/27/97 | (CON) | Docket Record |
| | | Staff Initials: ADS; Free Form: STATEMENT OF CHARGES, FILED |
| 07/11/97 | (CON) | Arraignment Held |
| 07/11/97 | (CON) | Docket Record |
| | | Staff Initials: JC; Free Form: JUDGE FEMIA; TAPE: X07-11-97-160M DEFENDANT ARRAIGNED. REFER TO THE PUBLIC DEFENDER: DEFENDANT PRESENT.; NOTICE TO DEFENDANT, FILED.; STATUS CONFERENCE 9-26-97; TRIAL 11-10-97 |
| 07/18/97 | (CON) | Docket Record |
| | | Staff Initials: DLM; Free Form: LINE TO ENTER THE APPEARANCE OF RICHARD BURY, ELECTION FOR JURY TRIAL, MANDATORY MOTIONS AND MOTION FOR DISCOVERY AND INSPECTION, FILED |
| 08/08/97 | (CON) | Cpy of Ltr to Def Atty SAO Fd |
| | | Staff Initials: ADS; Free Form: COPY OF LETTER TO DEFENSE ATTY FROM ST'S ATTY, FD |

Date Printed: May 13, 2008

**Circuit Court For Prince George's County, Maryland**

Case No. CT971312X

**Docket Activity**

| Date | User | Docket Entry |
|------|------|--------------|
| 08/08/97 | (CON) | Docket Record |
| | | Staff Initials: ADS; Free Form: ANSWER TO MOTION TO SUPPRESS, FILED |
| 08/08/97 | (CON) | Docket Record |
| | | Staff Initials: ADS; Free Form: DISCOVERY WITHOUT REQUEST, FILED |
| 08/08/97 | (CON) | Docket Record |
| | | Staff Initials: ADS; Free Form: MOTION FOR DISCOVERY AND INSPECTION, FILED |
| 09/16/97 | (CON) | Docket Record |
| | | Staff Initials: BJW; Free Form: LETTER FROM STATE'S ATTORNEY TO DEFENCE ATTORNEY, FILED. |
| 09/26/97 | (CON) | Docket Record |
| | | Staff Initials: KDL; Free Form: STATUS CONFERENCE HELD AND REPORT FILED. JUDGE SOTHORON; MRS. SHULTZ, REPORTER. RESET 10-3-97 FOLLOW-UP STATUS CONFERENCE. |
| 09/26/97 | (CON) | Status Conf Continued Prior Ct |
| 10/03/97 | (CON) | Docket Record |
| | | Staff Initials: CLN; Free Form: STATUS CONFERENCE HELD AND REPORT, FILED. JUDGE SOTHORON. |
| 10/03/97 | (CON) | Status Conference Held |
| 10/08/97 | (CON) | Docket Record |
| | | Staff Initials: BJW; Free Form: MOTION TO REVOKE BOND, FILED. |
| 10/15/97 | (CON) | Docket Record |
| | | Staff Initials: RH; Free Form: ANSWER TO MOTION TO REVOKE BOND, FILED |
| 10/17/97 | (CON) | Docket Record |
| | | Staff Initials: KDL; Free Form: NO MOTIONS BY THE DEFENDANT. STATE WITHDRAWS THE MOTION TO REVOKE BOND. JUDGE SOTHORON; MRS. JAFFE, REPORTER. |

Date Printed: May 13, 2008

## Circuit Court For Prince George's County, Maryland

Case No. CT971312X

**Docket Activity**

| Date | User | Docket Entry |
|------|------|--------------|
| 10/17/97 | (CON) | Motions Hearing Held |
| 10/20/97 | (CON) | Docket Record |
| | | Staff Initials: DAB; Free Form: MEMORANDUM TO ASSIGNMENT OFFICE FROM JUDGE SPELLBRING TO SET CASE IN FOR A HEARING, FILED |
| 11/10/97 | (CON) | Adult Case Finding |
| 11/10/97 | (CON) | Docket Record |
| | | Staff Initials: KDL; Free Form: JURY EXAMINED ON VOIR DIRE. RIGHT TO PEREMPTORY CHALLENGE EXERCISED. TRIAL BY JURY; JURY SWORN.; JUDGE SOTHORON; MS. MILLER, REPORTER.; STATE ENTERS COUNT 1 AS NOLLE PROSEQUI.; JURY NOTE FILED.; JUROR #00025, PANEL #45A114 EXCUSED AND ALTERNATE; JUROR #00029, PANEL #45A066 SEATED AS REGULAR; JUROR.; STATE'S EXHIBIT 1 MARKED FOR IDENTIFICATION ONLY; AND FILED.; STATE'S EXHIBIT 2 ADMITTED AND FILED.; DEFENSE EXHIBIT 1 MARKED FOR IDENTIFICATION ONLY; AND FILED.; AT THE CLOSE OF THE STATE'S CASE, MOTION FOR; JUDGMENT OF ACQUITTAL DENIED AS TO COUNTS 3, 4 AND; 5, GRANTED.; AT THE CONCLUSION OF THE ENTIRE CASE, MOTION FOR; JUDGMENT OF ACQUITTAL DENIED.; VERDICT SHEET, FILED. |
| 11/10/97 | (CON) | Docket Record |
| | | Staff Initials: KDL; Free Form: VERDICT: COUNT 3 - SECOND DEGREE ASSAULT - GUILTY. COUNT 4 - THEFT UNDER $300.00 - MERGES INTO COUNT; 5.; COUNT 5 - THEFT OVER $300.00 - GUILTY.; DEFENDANT FOUND GUILTY.; JUDGE SOTHORON; MS. MILLER, REPORTER.; PRE-SENTENCE ORDERED. SENTENCING DATE: 1-6-98,; 9:30 A.M. BEFORE JUDGE SOTHORON.; BOND TO CONTINUE PENDING SENTENCING.; ALL PARTIES AND ATTORNEYS NOTIFIED.; ALL EXHIBITS RETAINED AS DESIGNATED BY THE COURT. |
| 11/10/97 | (CON) | Jury Trial Held |
| 11/17/97 | (CON) | Docket Record |
| | | Staff Initials: BB; Free Form: MOTION FOR NEW TRIAL, FD |
| 11/18/97 | (CON) | Exhibit Record |

Date Printed: May 13, 2008

## Circuit Court For Prince George's County, Maryland

Case No. CT971312X

### Docket Activity

| Date | User | Docket Entry |
|---|---|---|
| | | SEQNUM: 001; EXPRTY: ST; CRIMNO: 97-130-259; AGENCY: PG. POL.; CONTNR: ; STSECT: ; TJUDGE: SOTHOROR; EXPDAT: ; RETDAT: 981023; EXRTRS: AE; NOTE: |
| 11/18/97 | (CON) | Exhibit Record |
| | | SEQNUM: 002; EXPRTY: DE; CRIMNO: 97-130-259; AGENCY: RICHARD BURY; CONTNR: ; STSECT: ; TJUDGE: SOTHOROR; EXPDAT: ; RETDAT: 981023; EXRTRS: AE; NOTE: DESTROYED - REC. FD |
| 11/26/97 | (CON) | Docket Record |
| | | Staff Initials: DAB; Free Form: NOTED, WILL ADDRESS IN OPEN COURT AT TIME OF SENTENCING, FILED |
| 12/10/97 | (CON) | Docket Record |
| | | Staff Initials: ADS; Free Form: STATE'S OPPOSITION TO THE DEFENDANT'S MOTION FOR NEW TRIAL, FILED |
| 01/02/98 | (CON) | Pre-Sentence Investig Ordered |
| | | STAFF: P&P |
| 01/05/98 | (CON) | PSI Rpt Complete/Sealed/Filed |
| | | Note: FOR COURT 1/6/98 |
| 01/06/98 | (CON) | Adult Sentence Decision |
| 01/06/98 | (CON) | Condition of Bond Met |
| 01/06/98 | (CON) | Conversion Case Closed |
| 01/06/98 | (CON) | Docket Record |

Date Printed: May 13, 2008

### Circuit Court For Prince George's County, Maryland

Case No. CT971312X

**Docket Activity**

| Date | User | Docket Entry |
|------|------|--------------|
| | | Staff Initials: KDL; Free Form: JUDGE SOTHORON; MS. LEHMAN, REPORTER. DEFENDANT'S MOTION FOR NEW TRIAL AS TO COUNT 3 - DENIED.; PRE-SENTENCE REPORT SEALED AND FILED.; SENTENCED TO DIVISION OF CORRECTIONS AS FOLLOWS:; COUNT 3 FOR A PERIOD OF 4 YEARS, ALL BUT 6 MONTHS; SUSPENDED.; COUNT 5 FOR A PERIOD OF 4 YEARS, ALL BUT 6 MONTHS; SUSPENDED, CONCURRENT WITH COUNT 3.; SENTENCE TO COMMENCE AS OF 1-1-98. 5 DAYS CREDIT; GIVEN.; DEFENDANT PLACED ON SUPERVISED PROBATION FOR 3; YEARS, UPON RELEASE.; SENTENCE TO BE SERVED IN THE COUNTY CORRECTIONAL; FACILITY.; COURT COST ASSESSED $145.00. PUBLIC DEFENDER FEE; $150.00. PAYABLE WITHIN 90 DAYS AFTER RELEASE.; ANY BENCH WARRANTS ARE RECALLED.; COUNT 4 MERGES INTO COUNT 5.; SPECIAL CONDITIONS OF PROBATION: DEFENDANT TO; ENROLL IN PARENTING CLASSES AND NO CONTACT WITH; STEPHANIE RUSSELL UNLESS CONSENTED TO. |
| 01/06/98 | (CON) | Sentencing Held |
| 01/07/98 | (CON) | Commitment Issued, Filed |
| | | Staff Initials: ML; Free Form: COMMITMENT ISSUED, FILED |
| 01/07/98 | (CON) | Conversion Hicks Date |
| 01/07/98 | (CON) | Docket Record |
| | | Staff Initials: ML; Free Form: ORDER CONCERNING REIMBURSEMENT FOR PUBLIC DEFENDER SERVICES, FILED |
| 01/07/98 | (CON) | Fine & Cost Invoice Assesd Fd |
| | | Staff Initials: ML; Free Form: FINE & COST INVOICE (ASSESSED), FILED |
| 01/07/98 | (CON) | MD Sentencing Guidelines, fd |
| | | Staff Initials: ML; Free Form: MARYLAND SENTENCING GUIDELINES, FILED |
| 01/08/98 | (CON) | OR Sentence: Probation/S |
| 01/08/98 | (CON) | OR Sentence: Suspend Part |
| 01/08/98 | (CON) | ORl Sentence: PGC  DOC |

Date Printed: May 13, 2008

**Circuit Court For Prince George's County, Maryland**

Case No. CT971312X

**Docket Activity**

| Date | User | Docket Entry |
|------|------|--------------|
| **10/23/98** | (CON) | Recpt fr Exhbts Fd w/Exhbt Clk |
| | | Staff Initials: CJO; Free Form: RECEIPT FOR EXHIBITS FILED WITH EXHIBIT CLERK. |
| **07/23/06** | (RDM) | Letter Requesting Copies Fd |

Office of
## Peggy Magee
### Clerk of the Circuit Court for Prince George's County

**CASE NUMBER:** ___CT 971312x_____

**STATE OF MARYLAND**
**PRINCE GEORGE'S COUNTY TO WIT:**

**I HEREBY CERTIFY THAT THE FOREGOING IS A TRUE COPY OF THE DOCKET ENTRIES IN THE ABOVE ENTITLED CASE IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND.**

**IN TESTIMONY WHEREOF, I HERETO SET MY HAND AND AFFIX THE SEAL OF THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND, THIS 13th DAY OF MAY , 2008**

*Peggy Magee*                    #340

**Peggy Magee, Clerk**

CT971312X

STATE OF MARYLAND

VS

JEROME MAURICE KINARD

**CLERK OF THE CIRCUIT COURT**
PRINCE GEORGE'S COUNTY
UPPER MARLBORO, MARYLAND 20772-9987

(301) 952-3318

AO 245B     (Rev. 06/05) (Rev. DC 12/15/05) Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT
## for the District of Columbia

UNITED STATES OF AMERICA

V.

**JEROME KINARD**

### JUDGMENT IN A CRIMINAL CASE

Case Number:     CR 06-61-4

USM Number:

James L. Lyons
_Defendant's Attorney_

**THE DEFENDANT:**

☑ pleaded guilty to count(s)     1 of the Indictment.

☐ pleaded nolo contendere to count(s)
which was accepted by the court.

☐ was found guilty on count(s)
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 21:841(a)(1) and 841(b)(1)(C) | Unlawful Distribution of Cocaine Base. | 1/18/2006 | 1 |

The defendant is sentenced as provided in pages 2 through ___9___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ is/are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

11/17/2006
Date of Imposition of Judgment

**FILED**

NOV 27 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Signature of Judge

Royce C. Lamberth     U.S. District Court Judge
Name of Judge     Title of Judge

11/27/06
Date

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
Sheet 4—Probation

|  | Judgment—Page | 2 | of | 9 |

DEFENDANT:  JEROME KINARD
CASE NUMBER:  CR 06-61-4

# PROBATION

The defendant is hereby sentenced to probation for a term of :

## Five (5) Years.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of
future substance abuse. (Check, if applicable.)

☑ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☑ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)    the defendant shall not leave the judicial district without the permission of the court or probation officer;

2)    the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;

3)    the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;

4)    the defendant shall support his or her dependents and meet other family responsibilities;

5)    the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;

6)    the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;

7)    the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;

8)    the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;

9)    the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

10)    the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;

11)    the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;

12)    the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court, and

13)    as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

Case 1:06-cr-00061-RCL    Document 79    Filed 11/27/2006    Page 3 of 5

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
Sheet 4A — Probation

| | Judgment—Page | 3 | of | 9 |

DEFENDANT: JEROME KINARD
CASE NUMBER: CR 06-61-4

## ADDITIONAL PROBATION TERMS

The defendant shall serve 180 days Electronic Monitoring to commence within thirty (30) days of this date or 30 days from your release from imprisonment. The Court finds that the defendant does not have the ability to pay both restitution and the cost of electronic monitoring. Therefore, the Court waives the costs of electronic monitoring. During the period you are on electronic monitoring , you shall remain at your place of residence, except for employment or other activities approved in advance by the Probation Officer. The defendant shall permit a Probation Officer to contact his employer while participating in the electronic monitoring program. The defendant shall maintain a telephone at his place of residence without any special features, modem, answering machines, or cordless telephones during the term of electronic monitoring. The defendant shall wear an electronic device and shall observe the rules specified by the Probation Office. The defendant may not leave the judicial district during the term of electronic monitoring unless specifically approved by the Probation Officer.

The defendant shall participate in an educational/vocational skills training program, as approved and directed by the Probation Office.

The defendant shall participate in, and successfully complete, a residential and/or out-patient substance abuse treatment program, which may include drug testing and detoxification service, as approved and directed by the Probation Office.

The defendant shall contribute 50 hours of Community Service within the first six months of Probation as directed by the Probation Office. (If granted a variance from the advisory guideline range)

The Probation Office shall release the presentence investigation report to all appropriate agencies in order to execute the sentence of the Court. Treatment agencies shall return the presentence report to the Probation Office upon the defendant's completion or termination from treatment.

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

| | Judgment — Page | 4 | of | 9 |

DEFENDANT:  JEROME KINARD
CASE NUMBER:  CR 06-61-4

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Fine | Restitution |
|---|---|---|---|
| TOTALS | $ 100.00 | $ 0.00 | $ 0.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| TOTALS | $                0.00 | $        0.00 | |

☐ Restitution amount ordered pursuant to plea agreement  $ _____

☐ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the  ☐ fine  ☐ restitution.

☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B    (Rev. 06/05) Judgment in a Criminal Case
            Sheet 6 — Schedule of Payments

| | Judgment — Page | 5 | of | 9 |

DEFENDANT: JEROME KINARD
CASE NUMBER: CR 06-61-4

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A** ☐ Lump sum payment of $ _____ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance    ☐ C,   ☐ D,   ☐ E, or   ☐ F below; or

**B** ☐ Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☑ Special instructions regarding the payment of criminal monetary penalties:

    Special Assessment is immediately payable to the Clerk of the Court for the US District Court, District of Columbia. Within 30 days of any change of address, you shall notify the the Clerk of the Court of the change until such time as the financial obligation is paid in full.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.