UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

MAY 1 6 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>Plaintiff,  )<br>  )<br>v.  )<br>  )<br>JEROME M. KINARD,  )<br>  )<br>Defendant.  )<br>  ) | Criminal Action No. 08-119 (RBW) |

### SCHEDULING ORDER 

In accordance with the Court's oral rulings rendered at the status hearing held on May 16, 2008, it is

**ORDERED** that the parties shall file their pre-trial motions, if any they wish to file, on or before May 16, 2008. It is further

**ORDERED** that the parties shall file their oppositions to any pre-trial motions, if any they wish to file, on or before May 23, 2008. It is further

**ORDERED** that the parties shall file their reply memoranda in support of any pre-trial motions, if any they wish to file, on or before June 4, 2008. It is further

**ORDERED** that the parties shall file their proposed voir dire on or before May 27, 2008. It is further

**ORDERED** that the parties shall file their proposed jury instructions on or before May 27, 2008. It is further

**ORDERED** that the parties shall appear before this Court for a hearing on any pre-trial

motions filed in this case on June 9, 2008, at 9:45 a.m. It is further

**ORDERED** that jury selection in this case shall take place on June 10, 2008, at 11:00 a.m.

**SO ORDERED** this 16th day of May, 2008.

/s/ Reggie B. Walton
REGGIE B. WALTON
United States District Judge