UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08-119 (RBW) |
| | : | |
| v | : | |
| | : | |
| JEROME M. KINARD | : | |
| | : | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Jean W. Sexton at telephone number (202) 305-1419 and/or email address: Jean.Sexton@usdoj.gov. Ms. Sexton will replace AUSA Jeffrey Pearlman in this matter.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610

_____/s/_____
Jean W. Sexton
Assistant United States Attorney
Federal Major Crimes, NJ Bar No. 02122-1995
555 4th Street, N.W.  #4235
Washington, DC 20530
(202) 305-1419; fax (202) 514-6010