UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 08-119(RBW) |
| | : | |
| JEROME KINARD, | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

**GOVERNMENT'S PROPOSED JURY INSTRUCTIONS**

All citations are to the Red Book Criminal Jury Instructions unless otherwise noted.

**Instructions Before and During Trial**
1.02	Notetaking
1.03	Preliminary Instruction Before Trial
1.04A	Stipulation of Fact
1.04B	Stipulation of Testimony
1.05	Cautionary Instruction Prior to First Recess
1.07	Questions Not Evidence
1.08	Expert Testimony
1.10	Evaluation of Prior Inconsistent Statement of a Witness (if necessary)
1.11	Evaluation of Prior Consistent Statement of a Witness (if necessary)
1.13	Impeachment by Proof of Conviction of a Crime - Defendant (if necessary)
1.21	Preliminary Instruction to Jury Where Identity of Alternates is not Disclosed
1.22	A Juror's Recognition of a Witness or Other Party Connected to the Case

**Final Instructions**
2.01	Function of the Court
2.02	Function of the Jury
2.03	Jury's Recollection Controls
2.04	Evidence in the Case
2.05	Statements of Counsel
2.06	Indictment or Information Not Evidence
2.07	Inadmissible and Stricken Evidence
2.08	Burden of Proof - Presumption of Innocence
2.09	Reasonable Doubt
2.10	Direct and Circumstantial Evidence
2.11	Credibility of Witnesses

| | |
|---|---|
| 2.13 | Number of Witnesses |
| 2.14 | Nature of Charges Not to be Considered |
| 2.26 | Police Officer's Testimony |
| 2.27 | Right of Defendant Not to Testify |
| 2.28 | Defendant as Witness |
| 2.44 | Flight or Concealment by Defendant |
| 2.48 | Statements of the Defendant - Substantive Evidence |
| 2.49 | Statements of the Defendant - Corroboration |
| 2.51B | Evidence of Crimes Admitted to Intent/Absence of Mistake or Accident (if necessary) |
| 2.71 | Selection of Foreperson |
| 2.72 | Unanimity |
| 2.73 | Exhibits During Deliberations |
| 2.74 | Possible Punishment Not Relevant |
| 2.75 | Communications Between Court and Jury During Jury's Deliberations |
| 2.76 | Furnishing the Jury with a Copy of the Instructions |
| 2.77 | Verdict Form Explanation |

**Definitions and Proof**

| | |
|---|---|
| 3.02 | Proof of State of Mind |
| 3.07 | "On or About" – Proof of |
| 3.08 | Possession – Defined |

**Offense**

| | |
|---|---|
| 4.79 | Possession of a Firearm after conviction of a Felony |

**Proposed Special Instruction**

The government requests that in place of Instruction 2.09 from Criminal Jury Instructions for the District of Columbia, this Court give Instruction 21, Definition of Reasonable Doubt, from Pattern Criminal Jury Instructions, which was approved by this Circuit in United States v. Taylor, 997 F.2d 1551, 1555-56 (D.C. Cir. 1993). See also Comment to Instruction 2.09. That instruction reads as follows:

> As I have said many times, the government has the burden of proving the defendant guilty beyond a reasonable doubt. Some of you may have served as jurors in civil cases, where you were told that it is only necessary to prove that a fact is more likely true than not true. In criminal cases, the government's proof must be more powerful than that. It must be beyond a reasonable doubt. Proof beyond a reasonable doubt is proof that leaves you firmly convinced of the

defendant's guilt.  There are very few things in this world that we know with absolute certainty, and in criminal cases the law does not require proof that overcomes every possible doubt.  If, based on your consideration of the evidence, you are firmly convinced that the defendant is guilty of the crime charged, you must find him guilty.  If on the other hand, you think there is a real possibility that he is not guilty, you must give him the benefit of the doubt and find him not guilty.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney

        _____/s/_____

        Jean W. Sexton
        Assistant United States Attorney
        NJ Bar No. 02122-1995
        555 4th Street, N.W.  #4235
        Washington, DC 20530
        (202) 305-1419; Fax: 514-6010
        Jean.Sexton@usdoj.gov