UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 08-119 (RBW) |
| ) | |
| JEROME KINARD, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT JEROME KINARD'S
<u>MOTION TO CONTINUE DUE DATE FOR OPPOSITIONS</u>**

Defendant, Jerome Kinard, through undersigned counsel, respectfully moves the Court to continue the due date for oppositions to the government's motions until June 2, 2008.

1. Oppositions to Motions are currently due in this matter on May 30, 2008

2. Defense counsel will be out of the jurisdiction beginning tomorrow and through June 1, 2008.

3. Defense counsel is accordingly requesting until June 2, 2008 (one (1) extra business day) to respond to any government motions.

WHEREFORE, defendant respectfully requests that the Court extend the time for filing Oppositions by one business day.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender


_____/s/_____
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Ste 550
Washington, D.C.  20004
(202)  208-7500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Crim. No.  08-119 (RBW) |
| JEROME KINARD, | ) ) ) | |
| Defendant. | ) ) | |

### ORDER

Upon consideration of the defendant's motion to continue the due date for defendant's oppositions to the government's motions, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that defendant's oppositions are now due June 2, 2008.

**SO ORDERED.**

_____
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

_____
DATE