IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 08-119 (RBW) |
| ) | |
| JEROME KINARD, ) | |
| ) | |
| Defendant. ) | |

ORDER

Upon consideration of the defendant's motion to continue the due date for defendant's oppositions to the government's motions, and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is

**FURTHER ORDERED** that defendant's oppositions are now due June 2, 2008.

**SO ORDERED.**

_/s/ Reggie B. Walton_
REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE

May 28, 2008
DATE