IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Cr. No. 08-119 (RBW) |
| JEROME KINARD, | ) |
| Defendant. | ) |

**MOTION TO WITHDRAW AS COUNSEL**

Jonathan S. Jeffress, Assistant Federal Public Defender, respectfully moves the Court for an Order granting leave to withdraw as counsel in this case and states in support thereof:

1. Jon W. Norris, 503 D Street, NW, Suite 250, Washington, D.C. 20001, has been retained to represent Mr. Kinard in all future proceedings in this case.

*WHEREFORE*, it is respectfully requested that Jonathan S. Jeffress, Assistant Federal Public Defender, be permitted to withdraw as counsel for Jerome Kinard, in this case.

Respectfully submitted,

A.J. KRAMER
Federal Public Defender

"/s/"
Jonathan S. Jeffress
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500

IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| **Plaintiff,** | ) |
| v. | ) Cr. No. 08-119 (RBW) |
| **JEROME KINARD,** | ) |
| **Defendant.** | ) |

**O R D E R**

Upon consideration of the Motion to Withdraw as Counsel filed by the Federal Public Defender in this case, and the entire record in this matter, it is this ___ day of June, 2008, hereby

***ORDERED*** that the Motion to Withdraw as Counsel is hereby granted; and it is further

***ORDERED*** that Jonathan S. Jeffress, Esq., is permitted to withdraw as counsel.

						_____
						REGGIE B. WALTON
						UNITED STATES DISTRICT JUDGE