UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| v. | : | Criminal No.: CR 08-119 (RBW) |
| | : | |
| | : | |
| **JEROME KINARD** | : | |

UNOPPOSED MOTION TO CONTINUE
MOTIONS HEARING, JURY SELECTION AND TRIAL

Defendant, Jerome Kinard, through undersigned counsel respectfully requests this Honorable Court to convert the motions hearing date to a status hearing and to continue the motions hearing, jury selection and trial date in the above-captioned matter. In support of this Motion, counsel states the following:

1. It is undersigned counsel's understanding that the following dates have been set in the above captioned case; Motions Hearing set for Monday June 9, 2008 at 9:45am, Jury Selection set for June 10, 2008 at 11:00am and trial set for June 11, 2008. Undersigned counsel is asking this Honorable Court to convert the June 9, 2008 Motions hearing to a status date and to vacate the June 10, 2008 Jury Selection and June 11, 2008 trial dates.

2. Counsel was just recently retained to represent Mr. Kinard in the above-captioned case and has just obtained the file from predecessor counsel Mr. Jeffress.

3. Counsel is asking the Court for more time to adequately prepare and investigate Mr. Kinard's case.

4. Counsel has contacted Assistant United States Attorney Jean Sexton who does not oppose this motion.

5. Mr. Kinard is willing to waive his speedy trial rights until such time as a convenient trial date can be set.

**WHEREFORE**, for these reasons, Jerome Kinard respectfully requests this Court to grant this motion and continue the motions hearing, jury selection and trial date.

Respectfully Submitted,

/s/
Jon W. Norris
THE LAW OFFICES OF JON W. NORRIS
503 D Street, NW, Suite 250
Washington D.C., 20001
(202) 371-0300

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this foregoing Motion was mailed postage pre-paid to Jean Sexton, Esq., Assistant United States Attorney at the Office of the United State's Attorney at 555 Fourth St. NW, Washington, D.C. 20530 on this 2nd day of June, 2008.

/s/
Jon W. Norris

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| v. | : | Criminal No.: CR 08-119 (RBW) |
| | : | |
| | : | |
| **JEROME KINARD** | : | |

## ORDER

This matter having come before the Court on Mr. Kinard's Unopposed Motion to Continue Motions Hearing, Jury Selection and Trial and after conducting a review of the Motion, it is, this_____ day of June 2008, hereby **ORDERED** that Mr. Kinard's Motion is **GRANTED** and the June 9th, 2008 date is converted to a status hearing for the purpose of selecting new dates for motions hearing, jury selection and trial.  Accordingly the jury selection currently set for June 10, 2008 and the trial set for June 11, 2008 are hereby **VACATED.**  .

_____
**Honorable Judge Reggie B. Walton**

cc:

Jon W. Norris, Esq.
503 D Street, NW
Suite 250
Washington, DC 20001
202 842-2627 fax.

Jean Sexton, Esq.
Assistant United States Attorney
555 4th Street, NW
Washington, DC 20530
202 514-6010 fax.