IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 1 0 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| v. | ) Cr. No. 08-119 (RBW) |
| JEROME KINARD, | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of the Motion to Withdraw as Counsel filed by the Federal Public Defender in this case, and the entire record in this matter, it is this 10th day of June, 2008, hereby

**ORDERED** that the Motion to Withdraw as Counsel is hereby granted; and it is further

**ORDERED** that Jonathan S. Jeffress, Esq., is permitted to withdraw as counsel.

REGGIE B. WALTON
UNITED STATES DISTRICT JUDGE